

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

---

No. 02-25-00427-CV

---

IN THE INTEREST OF J.C., A CHILD

---

On Appeal from the 233rd District Court
Tarrant County, Texas
Trial Court No. 233-770323-25

---

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On August 20, 2025, and September 18, 2025, we notified appellant,[1] in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless he paid the $205 filing fee.[2]  *See* Tex. R. App. P. 42.3(c), 44.3.  Appellant has not done so.[3]  *See* Tex. R. App. P. 5, 12.1(b).

Because appellant has not complied with a procedural requirement and the Texas Supreme Court's order of August 28, 2015,[4] we dismiss the appeal.  *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant must pay all costs of this appeal.  *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered:  October 16, 2025

---

[1]In the order being appealed from, appellant is referred to as "Jesus Avitia Terrazas."  In his notice of appeal, appellant calls himself "Jesus Avitia Terrazaz."  We will simply refer to him as "appellant."

[2]In our August 20, 2025 letter, we stated that the fee was to be paid by September 2, 2025.  In our September 18, 2025 letter, we stated that the fee was to be paid by September 29, 2025.

[3]We also directed appellant to file a docketing statement.  *See* Tex. R. App. P. 32.1.  In our August 20, 2025 letter, we stated that the docketing statement was to be filed by September 2, 2025.  In our September 18, 2025 letter, we stated that the docketing statement was to be filed by September 29, 2025.  Appellant has not filed a docketing statement.

[4]*See* Supreme Court of Tex., Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing courts of appeals' fees).

2